UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JESSIE L. RAY,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>BERMAN & RABIN P.A.,<br><br>　　　　　　　　　　Defendant. | Case Number: 2:13-cv-02289 CM/KMH |

## STIPULATION OF DISMISSAL

Plaintiff and Defendant file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is Jessie L. Ray; Defendant is Berman & Rabin P.A.

2. On May 22, 2013, Plaintiff filed a Petition against Defendant in the District Court of Wyandotte County, Kansas.

3. On June 14, 2013, Defendant removed the case to the United States District Court for the District of Kansas (Doc. 1).

4. On June 21, 2013, Defendant filed an Answer (Doc. 3).

5. Plaintiff now moves to dismiss the suit.

6. Defendant agrees to the dismissal.

7. This case is not a class action.

8. A receiver has not been appointed in this case.

9. This case is not governed by any federal statute that requires a court order for dismissal of the case.

10. Plaintiff has not previously dismissed any federal- or state-court suit based on or

including the same claims as those presented in this case.

11. This dismissal is with prejudice to refiling.

12. Each party is to bear its own fees and costs.

Respectfully submitted,

By: /s/ A.J. Stecklein
A.J. Stecklein #16330
Consumer Legal Clinic LLC
748 Ann Avenue
Kansas City, Kansas 66101
Telephone: 913-371-0727
Facsimile: 913-371-0147
Email: AJ@KCconsumerlawyer.com
Attorney for Plaintiff

and

By: /s/ Rachel B. Ommerman
Rachel B. Ommerman #21868
Berman & Rabin P.A.
15280 Metcalf Avenue
Overland Park, Kansas 66223
Telephone: 913-649-1555
Facsimile: 913-652-9474
Email: rommerman@bermanrabin.com
Attorney for Defendant